NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1507

---

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-0630, Judge Lucy H. Koh.

---

**ON MOTION**

---

PER CURIAM.

**ORDER**

Samsung Electronics Co., Ltd. et al. moves for a temporary stay of the preliminary injunction issued by the United States District Court for the Northern District of California and dated June 29, 2012, while its motion for a stay pending appeal is being considered by this court.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the preliminary injunction is temporarily stayed, pending this court's receipt of Apple Inc.'s response to the motion for a stay pending appeal and the court's consideration of the papers submitted.

FOR THE COURT

JUL 0 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles K. Verhoeven, Esq.
    Harold J. McElhinny, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK